# Notice Recipients

District/Off: 0860–4                   User: admin                        Date Created: 11/15/2023
Case: 4:23–bk–13209                    Form ID: nhrg                      Total: 4

**Recipients of Notice of Electronic Filing:**
tr    Joyce Bradley Babin      ecfmail@13ark.com
aty   Matthew Dean Black       hsecf@dickersonlawfirm.com

                                                                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Michael Amos Harris      99 Laver Cir      Little Rock, AR 72210–5761
aty   Kevin Dewayne Rogers     Albertelli Law    1 Information way    Ste 201    Little Rock, AR 72202

                                                                          TOTAL: 2