i

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| IN RE:    MICHAEL AMOS HARRIS <br> Debtor | CASE NO: 4:23-bk-13209 T <br> Chapter 13 |

## CHAPTER 13 ORDER TO PAY TRUSTEE
## (DIRECT PAY)

The above named debtor has filed a petition under Chapter 13 of the United States Bankruptcy Code.

IT IS ORDERED that until further orders of this court, the debtor named above shall pay the sum of **$1,835.00 MONTHLY** and each succeeding period thereafter to:

> Joyce Bradley Babin, Trustee
> 3411 Momentum Place
> Chicago, IL 60689-5334

IT IS FURTHER ORDERED that all funds forwarded to the Trustee shall be by money order, cashier's check, or other payment form accepted by the Trustee and are due **by the 22nd of each month unless scheduled otherwise**.

IT IS FURTHER ORDERED that the payments required herein are to commence immediately upon receipt of this Order.

IT IS FURTHER ORDERED THAT this Order supersedes any previous order to the debtor to make payments to the Trustee in this case.

| | |
|---|---|
| Date: December 18, 2023 | /s/ RICHARD D. TAYLOR <br> RICHARD D. TAYLOR <br> United States Bankruptcy Judge |

cc: MICHAEL AMOS HARRIS
     Dickerson Law Firm, P.A.
     Joyce Bradley Babin

GO 11-2/tg    /3