tlg / 4A

UNITED STATES BANKRUPTCY COURT
EASTERN AND WESTERN DISTRICT OF ARKANSAS

In re:  MICHAEL AMOS HARRIS                                           Case No:   4:23-bk-13209 T

## OBJECTION TO CONFIRMATION OF PLAN
## AS AMENDED PRE-CONFIRMATION ON December 08, 2023

Joyce Bradley Babin, Chapter 13 Standing Trustee, submits this Objection to Confirmation of Plan as Amended Pre-Confirmation. The Chapter 13 filing and plan fail to comply with the following:

1.  11 U.S.C. § 1325(a)(6) - The Debtor will not be able to make all the payments under the plan or to comply with the plan.  **The Disclosure of Compensation does not reflect the amount of $226.00 paid prior to filing as listed on the attorney fee application, plan and Statement of Financial Affairs.**

WHEREFORE, the Trustee prays that the Debtor is given an opportunity to submit an amended plan within a reasonable period of time; or alternatively, confirmation of the plan is denied, and the case is dismissed; and for all other just, proper and equitable relief.

/s/  Joyce Bradley Babin
CHAPTER 13 STANDING TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the Debtor's attorney and any other ECF Filing Users through Notice of Electronic Filing (ECF) and on the Debtor's and any other non-ECF Filing Users by U.S. Mail, postage prepaid, as further listed below, on December 18, 2023.

/s/  Joyce Bradley Babin
Joyce Bradley Babin

Michael Amos Harris
99 Laver Cir
Little Rock, AR  72210-5761