**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

IN RE:       MICHAEL A. HARRIS                                        CASE NO.: 4:23-bk-13209
             DEBTOR                                                              CHAPTER 7

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICE**

Shanitha Pittman, by and through her attorneys, Rose Law Firm, a Professional Association, requests that the Clerk of the Court, the Debtor, the Chapter 7 trustee, and all other parties-in-interest provide her undersigned counsel with all pleadings, motions, applications, orders, notice of all pleadings on all contested matters and adversary proceedings, notice of all hearings, and all other documents filed in this bankruptcy proceeding. Notice with copies of all aforementioned documents should be directed as follows:

>Mary-Tipton Thalheimer
>ROSE LAW FIRM,
>a Professional Association
>120 East Fourth Street
>Little Rock, Arkansas 72201
>Telephone: (501) 377-0450
>Email: mthalheimer@roselawfirm.com

Dated this 22nd day of March, 2024.

>ROSE LAW FIRM,
>a Professional Association
>120 East Fourth Street
>Little Rock, Arkansas 72201
>Telephone: (501) 377-0450
>Email: mthalheimer@roselawfirm.com
>
>By: /s/ Mary-Tipton Thalheimer
>     Mary-Tipton Thalheimer (2011268)
>
>*Attorneys for Shanitha Pittman*

## CERTIFICATE OF SERVICE

    I do hereby certify that on this 22nd day of March, 2024, a true and correct copy of the foregoing was served *via* the Court's ECF noticing system upon the following persons:

Matthew D. Black
DICKERSON LAW FIRM, P.A.
P.O. Box 6400
Hot Springs, Arkansas 71902

Hamilton M. Mitchell
Chapter 7 Trustee
1204 N. Polk Street
Little Rock, Arkansas 72205

All parties requesting notice

    /s/ Mary-Tipton Thalheimer
    Mary-Tipton Thalheimer