From: **James Koozer** skorpio241@ymail.com
Date: **Mar 28, 2024 at 3:07:26 PM**
To: **Jim Koozer** SKORPIO241@ymail.com



Sent from my iPhone